UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

LANCE R. CRAIG and
JANET CRAIG, husband and wife,

      Plaintiffs,

v.                                No. CIV-06-0498 MCA/RLP

CARHARTT, INC.,
a Michigan corporation,

      Defendant.

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiffs Lance and Janet Craig and Defendant Carhartt, Inc., pursuant to Fed.R.Civ.P.

41, jointly move the Court for an Order dismissing this action with prejudice, and as grounds

therefore state that the matters in controversy have been settled.

          JONES, SKELTON & HOCHULI, P.L.L.C.
             Edward  G. Hochuli
             James J.  Osborne
             Attorneys for Defendant Carhartt
             2901 N. Central Ave. #800
             Phoenix, AZ, 85012
             (602) 263-7327 (telephone)
             (602) 200-7843 (fax)

          MODRALL, SPERLING, ROEHL, HARRIS
             & SISK, P.A.

          By   s/ Alex Walker_____
             Alex C. Walker
             Attorneys for Defendant Carhartt
             500 Fourth Street NW, Suite 1000
             Albuquerque, New Mexico  87103-2168
             Telephone: 505.848.1800
             Facsimile: 505.848.1882

WAGNER, MCBRIDE, FORD & ASSOCIATES, P.A.


By: _Approved 2/23/07_____
    Kenneth Wagner
    Attorney for Plaintiffs
    P.O. Box 25167
    Albuquerque, NM 87125
    Telephone: (505) 242-6300


WE HEREBY CERTIFY that on the 23rd
day of February, 2007, we filed the foregoing
electronically through the CM/ECF system,
which caused all counsel of record
to be served.

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.


By: ____s/ Alex Walker_____
    Alex C. Walker

W0673412

2